

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00553-CR

**IN RE** Michael Adam **KOZITZKI**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Delivered and Filed: October 15, 2025

PETITION FOR WRIT OF HABEAS CORPUS DENIED

Relator filed a petition styled as a petition for writ of habeas corpus on August 27, 2025. Relator did not include any supporting documents with his petition. It is unclear from the filing whether realtor has sought a bail hearing and respondent has failed to consider the request or if relator is asserting that he is entitled to habeas relief. Regardless, this court cannot properly consider relator's petition absent a record upon which he seeks relief. *See* TEX. R. APP. P. 52.3(k) and 52.7(a). The petition is **DENIED**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2024-CR-012870, styled *The State of Texas v. Michael Adam Kozitzki*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.